**George NICHOLS v. STATE.**

No. 13785.

Court of Criminal Appeals of Texas.

Nov. 26, 1930.

1116

E. T. Miller, of Amarillo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for possessing intoxicating liquor for purposes of sale; punishment, two years in the penitentiary.

The record is here without any bills of exception. There were no objections to the court's charge, and no special charges requested. We have examined the statement of facts, and believe the testimony sufficiently shows the guilt of the accused.

The judgment will be affirmed.

HAWKINS, J., absent.